**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
STARR INDEMNITY & LIABILITY COMPANY,

                Plaintiff,                          19 **CIVIL** 3747 (KPF)

        -against-                          **JUDGMENT**

EXCELSIOR INSURANCE COMPANY,
                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2021, Starr's motion for summary judgment is GRANTED, and Excelsior's cross-motion for summary judgment is DENIED. The Court hereby declares that Excelsior has a duty to indemnify the defendants in the Underlying Action. Thus, Starr is entitled to recover 50% of the settlement payment made on behalf of the Underlying Defendants; accordingly, the case is closed.

**Dated:**  New York, New York
          February 2, 2021

                                                      **RUBY J. KRAJICK**
                                                    _____
                                                      **Clerk of Court**
                       **BY:**
                                                      *K. Mango*
                                                     _____
                                                      **Deputy Clerk**